UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ZYGO CORPORATION,

                          Plaintiff,

-against-

THE RESEARCH FOUNDATION FOR
THE STATE UNIVERSITY OF NEW YORK,

                          Defendant.

**STIPULATION OF DISCONTINUANCE**

Index No.: 1:16-cv-362, BKS/CFH

---

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties identified in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the claims and causes of action asserted in this action by Plaintiff Zygo Corporation as against Defendant The Research Foundation for The State University of New York, are hereby discontinued with prejudice and without fees, costs or disbursements as against any party. This stipulation may be filed with the Clerk of the Court without further notice.

Dated: September 30, 2016

SAUL EWING LLP

By: _____
David R. Moffitt, Esq.
*Attorneys for Plaintiff*
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087
(610) 251-5758
dmoffitt@saul.com

STOCKLI SLEVIN & PETERS, LLP
Michael W. Peters, Esq.
John P. Stockli, Jr., Esq.
*Attorneys for Plaintiff*
1826 Western Avenue
Albany, New York 12203
(518) 449-3125
mpeters@ssp-legal.com
jstockli@ssp-legal.com

Dated: September 30, 2016

THE RESEARCH FOUNDATION FOR
THE STATE UNIVERSITY OF NEW YORK

By: _____
Amanda Maleszweski
(Bar Roll No. 516038)
*Attorneys for Defendant*
35 State Street
Albany, New York 12207
(518) 434-7045
amanda.maleszweski@rfsuny.org

**IT IS SO ORDERED:**

_____
**Brenda K. Sannes
U.S. District Judge**

Dated: 9/30/2016
Syracuse, NY